IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS A. PROVENZANO,          :
                                                      :
          Petitioner,                           :
                                                      :
          v.                                         :          1:14-cv-01672
                                                      :
MICHAEL WERNEROWICZ, at al.  :          Hon. John E. Jones III
                                                      :
          Respondents.                      :

ORDER

**March 13, 2015**

In accordance with the accompanying memorandum, **IT IS HEREBY**

**ORDERED THAT:**

1. Count two in the petition for writ of habeas corpus, challenging the

   weight of the evidence, is **DISMISSED**.

2. The remainder of the petition for writ of habeas corpus is **DENIED**.

3. The Clerk of Court is direct to **CLOSE** this case.

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

s/John E. Jones III
John E. Jones III
United States District Judge